IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA,<br><br>            Defendant. | Civil Action No. 3:25cv1067 |

**[PROPOSED] ORDER AND FINAL JUDGMENT**

Before the Court is the Parties' Joint Motion for Entry of Consent Judgment. ECF No. ___. Having considered the Motion, the Complaint, and applicable law, the Court GRANTS the Motion. Accordingly, the Court hereby DECLARES that Virginia Code §§ 23.1-502 and 23.505.1 violate the Supremacy Clause and are invalid insofar as they apply to aliens unlawfully present in the United States.

The Court also hereby PERMANENTLY ENJOINS the Commonwealth of Virginia, as well as its successors, agents, and employees, from enforcing Virginia Code §§ 23.1-502 and 23.505.1 insofar as they apply to aliens unlawfully present in the United States.

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

SO ORDERED on this ___ day of _____ 202_.

 

_____
Robert E. Payne
Senior United States District Judge

DATED: December 30, 2025

STANLEY E. WOODWARD, JR.
Associate Attorney General

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ABHISHEK S. KAMBLI
Deputy Associate Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

Respectfully submitted,

ELIANIS N. PEREZ
Assistant Director
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Fax: (202) 305-7000
Telephone: (202) 616-9124
Email: elianis.perez@usdoj.gov

*Attorneys for Plaintiff*

DATED: December 30, 2025             Respectfully submitted,

                                     /s/ Jonathan H. Hambrick

LINDSEY HALLIGAN                     Jonathan H. Hambrick
UNITED STATES ATTORNEY AND           VSB No. 37590
SPECIAL ATTORNEY                     Office of the United States Attorney
                                     919 East Main Street, Suite 1900
TODD W. BLANCHE                      Richmond, Virginia 23219
DEPUTY ATTORNEY GENERAL              Telephone: (804) 819-5400
                                     Facsimile: (804) 771-2316
ROBERT K. MCBRIDE                    Email: jay.h.hambrick@usdoj.gov
FIRST ASSISTANT
UNITED STATES ATTORNEY               *Attorneys for the Plaintiff*

DATED: December 30, 2025

Jason S. Miyares
*Attorney General*
Steven G. Popps
*Chief Deputy Attorney General*
Thomas J. Sanford
*Deputy Attorney General*

*Counsel for Defendant the Commonwealth of Virginia*

Respectfully Submitted,

*/s/ K. M. Gallagher*

Kevin M. Gallagher (VSB #87548)
*Solicitor General*
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-2071 – Telephone
(804) 786-1991 – Facsimile
kgallagher@oag.state.va.us