IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                      Civil No. 3:25-cv-1067

COMMONWEALTH OF VIRGINIA
    Defendant.

**ORDER**

For the reasons set forth on the record on January 6, 2026, it is hereby ORDERED that by January 13, 2026, The Dream Project shall file the pleading necessary to satisfy its Rule 24(c) Notice and Pleading Requirement. By January 16, 2026, the Commonwealth of Virginia shall file its response to The Dream Project's Rule 24(c) filing. By January 22, 2026, The Dream Project shall file its reply to the Commonwealth of Virginia's response. By January 27, 2026, the United States shall file its response to The Dream Project's Rule 24(c) filing. By February 2, 2026, The Dream Project shall file its reply to the United States' response.

It is so ORDERED.

                                          /s/    R E P
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: January 7, 2026