No. 3:25-cv-01067-REP

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

United States of America,

*Plaintiff*,

v.

Commonwealth of Virginia,

*Defendant.*

Motion to Withdraw as Counsel

I, Kevin M. Gallagher, have resigned from the Office of the Attorney General and hereby respectfully request to be withdrawn as counsel of record for Defendant. Defendant will continue to be represented in this case by Graham K. Bryant and other attorneys from the Office of the Attorney General.

Respectfully submitted,

By: */s/ Kevin M. Gallagher*
Kevin M. Gallagher

1

                                                  Office of the Attorney General
                                                  202 North Ninth Street
                                                  Richmond, Virginia 23219
                                                  (804) 786-2071 – Telephone
                                                  (804) 371-0200 – Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2026, I electronically filed the foregoing with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

                                                  */s/ Kevin M. Gallagher*
                                                  Kevin M. Gallagher