# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA,<br><br>    Defendant. | CIVIL No. 3:25-cv-1067 |

## NOTICE OF WITHDRAWAL OF MEMORANDUM IN OPPOSITION TO MOTION TO INTERVENE

PLEASE TAKE NOTICE that Defendant Commonwealth of Virginia, by and through its attorneys of record, hereby withdraws its opposition (ECF No. 32) to the Motion to Intervene filed by Virginia Students for Affordable Tuition (ECF No. 28).

Following the change in Administration on January 17, 2026, the Attorney General has reconsidered Virginia's position as to this Motion to Intervene. After careful review of the filings and pertinent precedents, Virginia does not oppose permissive intervention for this proposed intervenor.

Dated January 20, 2026

Respectfully submitted,

COMMONWEALTH OF VIRGINIA

By: */s/ R. Trent Taylor*

Tillman J. Breckenridge
*Solicitor General*
R. Trent Taylor (VSB. No. 47468)
*Deputy Solicitor General*

Jay Jones
 *Attorney General*

Travis G. Hill
 *Chief Deputy Attorney General*

Gretchen Nygaard
 *Deputy Attorney General*

Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071 - Telephone
(804) 786-1991 - Facsimile
TTaylor@oag.state.va.us

*Counsel for the Commonwealth of Virginia*

**CERTIFICATE OF SERVICE**

I certify that on January 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all parties of record.

*/s/ R. Trent Taylor*

R. Trent Taylor (VSB. No. 47468)
*Deputy Solicitor General*
