IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Civil Action No. 3:25cv1067

COMMONWEALTH OF VIRGINIA,

    Defendant.

**ORDER**

Having conferred with counsel at the Initial Pretrial Conference on March 18, 2026, it is hereby ORDERED that:

(1) On April 17, 2026, the parties shall file their respective Motions for Summary Judgment with supporting briefs and exhibits; and

(2) On May 15, 2026, the parties shall file their responses to the summary judgment motion filed by the opposing party pursuant to paragraph (1) above; and

(3) On May 28, 2026, the parties shall file their reply briefs to the responses filed pursuant to paragraph (2) above; and

(4) On July 7, 2026 at 10:00 a.m. the Court will hear oral arguments on the Motions for Summary Judgment.

It is further ORDERED that on April 17, 2026, the parties shall file stipulated facts respecting the amount, duration and scope of postsecondary education benefits available to "aliens who

are not lawfully present in the United States" and to citizens or nationals of the United States.

It is so ORDERED.

/s/ _____

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 20, 2026

2