UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:25-cv-01067 |
| | ) | |
| COMMONWEALTH OF VIRGINA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **<u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Plaintiff United States of America, through the undersigned counsel, respectfully moves

this Court for an Order entering summary judgment in favor of Plaintiff. In support of this motion,

Plaintiff refers the Court to the accompanying memorandum in support.

WHEREFORE, Plaintiff, by counsel and pursuant to Federal Rule of Civil Procedure 56,

respectfully requests that the Court enter summary judgment in favor of Plaintiff, and for such

other relief as the Court deems just and proper.

Date: April 17, 2026

TODD W. BLANCHE
Acting Attorney General

STANLEY E. WOODWARD, JR.
Associate Attorney General
Office of Immigration Litigation

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ABHISHEK S. KAMBLI
Deputy Associate Attorney General

Respectfully submitted,

*/s/ Robert O. Lindefjeld*
ROBERT O. LINDEFJELD
DC Bar No. 44423
Assistant Director
United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Fax: (202)305-7000
Telephone: (202)451-7488
Email: robert.o.lindefjeld@usdoj.gov

*/s/ Jonathan H. Hambrick*
Jonathan H. Hambrick
VSB No. 37590

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

MATTHEW SEAMON
Acting Assistant Director
Office of Immigration Litigation

Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
Email: jay.h.hambrick@usdoj.gov

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2026, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will send a notification of such filing

to all counsel of record.

/s/ *Robert O. Lindefjeld*
ROBERT O. LINDEFJELD
DC Bar No. 44423
Assistant Director
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station

2

Washington, D.C. 20044
Fax: (202) 305-7000
Telephone: (202) 451-7488
Email: robert.o.lindefjeld@usdoj.gov

3