IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-01067 |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| | ) | |
| Defendant. | ) | |

## COMMONWEALTH OF VIRGINIA'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 56, Defendant Commonwealth of Virginia moves for summary judgment in its favor and against Plaintiff United States of America. Consistent with the briefing of undersigned counsel in support of this motion for summary judgment and in opposition to the United States' motion for summary judgment, 8 U.S.C. § 1623(a) does not preempt Va. Code §§ 23.1-502 or -505.1, and construing it to preempt those Virginia statutes would amount to an impermissible federal commandeering of the Commonwealth in violation of the Tenth Amendment and principles of federalism.

WHEREFORE, Defendant Commonwealth of Virginia respectfully requests that the Court grant summary judgment in its favor and against Plaintiff United States of America.

Jay Jones
  *Attorney General*

Travis G. Hill
  *Chief Deputy Attorney General*

Tillman J. Breckenridge
  *Solicitor General*

R. Trent Taylor (VSB No. 47468)*
  *Deputy Solicitor General*

Mikaela A. Phillips (VSB No. 97164)*
  *Assistant Solicitor General*

Respectfully submitted,

COMMONWEALTH OF VIRGINIA

By:  /s/ Robert S. Claiborne, Jr.
Robert S. Claiborne, Jr. (VSB No. 86332)*
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 482-2275
Facsimile: (804) 371-2087
rclaibornejr@oag.state.va.us

* *Counsel of Record for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2026, I filed the foregoing using the Court's

CM/ECF filing system, which sends an electronic notification of the same to counsel of record.

By:  /s/ Robert S. Claiborne, Jr.
Robert S. Claiborne, Jr. (VSB No. 86332)*
  *Assistant Attorney General*

* *Counsel of Record for Defendant*