**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMONWEALTH OF VIRGINIA*,*<br><br>*Defendant.* | Case No.: 3:25-cv-01067 |

**UNOPPOSED MOTION BY FEDERATION FOR AMERICAN IMMIGRATION
REFORM FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Earl N. "Trey" Mayfield, III, VSB# 41691
tmayfield@chalmersadams.com
Dan Backer
dbacker@chalmersadams.com
Chalmers, Adams, Backer & Wallen, LLC
1032 15th St., NW #374
Washington, D.C. 20005
(o) 678-582-8900

Local Counsel for *Amicus Curiae*
Federation for American Immigration Reform

Pursuant to Fed.R.Civ.P. 7, the Federation for American Immigration Reform ("FAIR") respectfully moves for leave to file an *amicus curiae* brief in the above-captioned matter in support of Plaintiff's motion for summary judgment. FAIR's proposed *amicus* brief is attached to this Motion. Counsel for *amicus* has conferred with counsels for all parties. Plaintiff consents to the filing of the *amicus* brief, and Defendant does not oppose the filing. In furtherance of this motion, *amicus* FAIR states as follows:

1.    FAIR is a nonprofit corporation dedicated both to litigating immigration-related cases in the interests of United States citizens, and to assisting courts in understanding federal immigration law. FAIR has litigated or filed *amicus curiae* briefs in a wide variety of immigration-related cases. For more than twenty years, the Board of Immigration Appeals solicited supplementary briefing from FAIR.

2.    "'The extent, if any, to which an *amicus curiae* should be permitted to participate in a pending action is solely within the broad discretion of the district court.'" *Sierra Club v. Fed. Emergency Mgmt. Agency*, 2007 U.S. Dist. LEXIS 84230 at *2 (S.D. Tex. Nov. 14, 2007) (quoting *Waste Mgmt. of Pa., Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995)). Unlike the corresponding appellate rules, the federal and local rules applicable here do not specifically address *amicus* briefs. Nonetheless, the appellate rules' criteria for granting leave to file *amicus* briefs can be looked to in support of FAIR's motion. The Advisory Committee Note to the 1998 amendments to Rule 29 explains "[t]he amended rule … requires that the motion state the relevance of the matters asserted to the disposition of the case" as "ordinarily the most compelling reason for granting leave to file." FRAP 29, Advisory Committee Notes, 1998 Amendment. As then-Judge Samuel Alito wrote for the Third Circuit, "I think that our court would be well advised to grant motions for leave to file amicus briefs unless it is obvious that the

2

proposed briefs do not meet Rule 29's criteria as broadly interpreted. I believe that this is consistent with the predominant practice in the courts of appeals." *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002) (citing Michael E. Tigar and Jane B. Tigar, FEDERAL APPEALS—JURISDICTION AND PRACTICE 181 (3d ed. 1999) and Robert L. Stern, APPELLATE PRACTICE IN THE UNITED STATES 306, 307-08 (2d ed. 1989)). Then-Judge Alito quoted the Tigar treatise favorably for the statement that "[e]ven when the other side refuses to consent to an amicus filing, most courts of appeals freely grant leave to file, provided the brief is timely and well-reasoned." 293 F.3d at 133.

3.      FAIR's proffered brief brings the following relevant matters to the Court's attention:

- Among the purposes of Congress in passing the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") was to prohibit state-level incentives that encourage illegal immigration to the United States.

- Va. Code Ann. §§ 23.1-502 and 23.1-505 grant in-state tuition rates at Virginia postsecondary institutions to unlawfully present aliens, but not to U.S. citizens who reside outside the Commonwealth. Those statutes therefore violate 8 U.S.C. § 1623(a), which forbids a state from providing resident tuition rates to any illegal alien unless that state provides resident tuition rates to all United States citizens, regardless of their states of residence.

4.      Because these issues are relevant to this Court's decision on Plaintiff's Motion for Summary Judgment, FAIR's brief may aid the Court.

3

For the foregoing reasons, FAIR respectfully requests the Court grant this Motion for Leave to File the accompanying brief as *amicus curiae*.

Dated: May 5, 2026                          Respectfully submitted,

                                            /s/_____
                                            Earl N. "Trey" Mayfield, III, VSB# 41691
                                            tmayfield@chalmersadams.com
                                            Dan Backer
                                            dbacker@chalmersadams.com
                                            Chalmers, Adams, Backer & Wallen
                                            1032 15th St., NW #374
                                            Washington, D.C. 20005
                                            (o) 678-582-8900


                                            Local Counsel for *Amicus Curiae*
                                            Federation for American Immigration Reform