IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

COMMONWEALTH OF VIRGINIA,

Defendant.

Case No. 3:25-cv-01067

**MOTION TO RECONSIDER**

Defendant Commonwealth of Virginia moves this Court to reconsider its Memorandum Order of July 8, 2026, ECF No. 109, consistent with the reasons given its briefing in support hereof. The Commonwealth's counsel conferred with Plaintiff United States of America's counsel, who take no position on this motion.

WHEREFORE, Defendant Commonwealth of Virginia respectfully requests that the Court reconsider and either vacate or narrow its Memorandum Order of July 8, 2026, ECF No. 109.

Respectfully submitted,

COMMONWEALTH OF VIRGINIA

By: /s/ Robert S. Claiborne, Jr.

Jay Jones
*Attorney General*

Travis G. Hill
*Chief Deputy Attorney General*

Tillman J. Breckenridge
*Solicitor General*

R. Trent Taylor (VSB No. 47468)*
*Deputy Solicitor General*

Mikaela A. Phillips (VSB No. 97164)*
*Assistant Solicitor General*

Robert S. Claiborne, Jr. (VSB No. 86332)*
*Assistant Attorney General*
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 482-2275
Facsimile: (804) 371-2087
rclaibornejr@oag.state.va.us

* *Counsel of Record for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2026, I filed the foregoing using the Court's CM/ECF filing system, which sends an electronic notification of the same to counsel of record.

By: /s/ Robert S. Claiborne, Jr.
Robert S. Claiborne, Jr. (VSB No. 86332)*
*Assistant Attorney General*

* *Counsel of Record for Defendant*