IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-01067 |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT RESPONSE TO THE COURT'S MEMORANDUM ORDER

Plaintiff United States of America and Defendant Commonwealth of Virginia respectfully submit this joint response to the Court's Memorandum Order, ECF No. 109, without any waiver of, or prejudice to, the Commonwealth's Motion to Reconsider the same, ECF No. 114. By joining this filing, the United States does not attest to the veracity of the facts or statistics set forth in the Joint Response or waive any of the Federal Government's arguments and defenses in this action, but for purposes of this joint filing, does not dispute the facts set forth herein. Subject to the foregoing, the parties state the following in response to the Court's requests:

**(1)    the original version of Va. Code § 23.1-502 enacted in 1984 and the amendments thereto enacted in 1989, 1990, 1996, 2006, 2007, 2008, 2011, 2014, and 2016 (see Va. Code § 23.1-502, "History"), designating in highlight the text that was added, or deleted, with each amendment; and**

The referenced Acts of Assembly are collected, as highlighted, at ECF No. 116-1.

**(2)    all legislative history, and information respecting the history, about the enactment of Va. Code 23.1-502 and 23.1-505.1, including, without limitation, all reports or communications in the records of the Virginia House of Delegates and the Virginia Senate respecting the origin of, and reasons for or against, the enactment of those sections; and**

Upon a reasonable and diligent search within the time allowed for a response and subject to the Commonwealth's express preservation (and without waiver) of applicable objections and

privileges including the executive privilege and legislative privilege, responsive materials are collected at ECF No. 116-2.

**(3)     any reports of the Joint Legislative Review and Audit Commission ("JLARC") or communications between any legislator and JLARC, respecting the reasons for, or opposition to, such legislation; and**

Upon a reasonable and diligent search within the time allowed for a response and subject to the Commonwealth's express preservation (and without waiver) of applicable objections and privileges including the executive privilege and legislative privilege, responsive materials were not identified.

**(4)     any press releases issued by any member of the Virginia House of Delegates, the Virginia Senate, the Office of the Governor, or the Office of the Attorney General of Virginia, respecting the enactment of, and the reasons for, or opposition to, the legislation; and**

Upon a reasonable and diligent search within the time allowed for a response and subject to the Commonwealth's express preservation (and without waiver) of applicable objections, responsive materials are collected at ECF No. 116-3.

**(5)     any news reports respecting the legislation, the reasons for or opposed to it; and**

Upon a reasonable and diligent search within the time allowed for a response and subject to the Commonwealth's express preservation (and without waiver) of applicable objections, responsive materials are collected at ECF No. 116-4.

**(6)     an explanation of the process by which §§ 23.1-502 and 23.1-505.1 actually work when applications are made for in-state tuition pursuant to § 23.1-502 and 23.1-505.1; and**

Please see the explanation provided at ECF No. 116-5. The United States stipulates to the content of ECF No. 116-5, except as to the following statements, which the United States asserts are legal conclusions addressed in its briefing:

ECF 116-5, at 1 – "Though not mentioned specifically, by extension this requirement means that those out of status (undocumented) cannot intend to remain and therefore cannot establish domicile."

*Id.* at 2 – "Since undocumented students cannot establish domicile, legislators created an alternative path for those otherwise not able to meet the domicile requirements."

**(7)    for the period 1996 to 2025 how many applications for in-state tuition were submitted under Va. Code 23.1-502 and how many were approved, presented year-by-year; and**

Subject to the Commonwealth's express preservation (and without waiver) of applicable objections, the Commonwealth states that this information is not centrally located, not readily accessible, cannot possibly be compiled within the time allowed, and may not be possible to completely and accurately compile, at all, in view of record retention policies and respective practices at Virginia's fifteen four-year public institutions of higher education, one two-year public institution of higher education, and twenty-three community colleges.

As referenced in the Commonwealth's Statement of Undisputed Facts and Additional Background ¶ 4, Va.'s Br. Supp'g Summ. J. 3, ECF No. 86, and in the parties' Stipulation of Facts Not in Dispute ("SFNID") ¶ 64, ECF No. 83, the State Council for Higher Education in Virginia ("SCHEV") maintains headcounts of students enrolled in the fall of each school year, beginning with the 2007-2008 school year, a receiving in-state tuition at Virginia's public institutions under Va. Code § 23.1-502. The numbers of students enrolled in-state at Virginia's public institutions

under Va. Code § 23.1-502 are listed below[1] and as a percentage of the total students enrolled at such institutions[2]:

| ¶ 7 TABLE 1: | | |
|---|---|---|
| **Va. Code § 23.1-502** | | |
| **IN-STATE AS VIRGINIA DOMICILE** | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 326,301 | 82.11% |
| 2024 - 2025 | 313,207 | 80.79% |
| 2023 - 2024 | 305,174 | 80.99% |
| 2022 - 2023 | 301,738 | 81.59% |
| 2021 - 2022 | 302,519 | 82.04% |
| 2020 - 2021 | 312,828 | 83.03% |
| 2019 - 2020 | 318,657 | 83.02% |
| 2018 - 2019 | 320,243 | 83.35% |
| 2017 - 2018 | 325,081 | 83.72% |
| 2016 - 2017 | 326,074 | 83.88% |
| 2015 - 2016 | 330,563 | 84.00% |
| 2014 - 2015 | 336,683 | 84.45% |
| 2013 - 2014 | 344,248 | 84.96% |
| 2012 - 2013 | 348,469 | 85.19% |
| 2011 - 2012 | 352,479 | 85.35% |
| 2010 - 2011 | 349,399 | 85.37% |
| 2009 - 2010 | 343,434 | 85.57% |
| 2008 - 2009 | 329,074 | 85.82% |
| 2007 - 2008 | 316,209 | 85.29% |

| ¶ 7 TABLE 2: | | |
|---|---|---|
| **Va. Code § 23.1-502** | | |
| **IN-STATE WHOSE GUARDIAN ABANDONED DOMICILE** | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 12 | 0.01% |
| 2024 - 2025 | 14 | 0.01% |
| 2023 - 2024 | 17 | 0.01% |
| 2022 - 2023 | 37 | 0.01% |
| 2021 - 2022 | 23 | 0.02% |
| 2020 - 2021 | 35 | 0.02% |
| 2019 - 2020 | 19 | 0.03% |
| 2018 - 2019 | 24 | 0.03% |
| 2017 - 2018 | 21 | 0.04% |
| 2016 - 2017 | 32 | 0.04% |
| 2015 - 2016 | 25 | 0.05% |
| 2014 - 2015 | 34 | 0.05% |
| 2013 - 2014 | 25 | 0.05% |
| 2012 - 2013 | 35 | 0.04% |
| 2011 - 2012 | 48 | 0.04% |
| 2010 - 2011 | 59 | 0.05% |
| 2009 - 2010 | 22 | 0.04% |
| 2008 - 2009 | 14 | 0.05% |
| 2007 - 2008 | 14 | 0.10% |

[1] These figures are compiled from SCHEV's *E24: Fall Headcount by Tuition Status and Level* report, selecting "Total Public Institutions," selecting years 2007-08 through 2025-26, and including "Undergraduate," "Graduate," and "First Professional" results. *Available at* https://tinyurl.com/5zz78eay.

[2] These percentages are rounded to the nearest hundredth and are calculated using the figures referenced in footnote 1, as well as the total enrollment figures collected for each of the respective years of the *E24: Fall Headcount by Tuition Status and Level* report, selecting "Total Public Institutions," and including "Undergraduate," "Graduate," and "First Professional" results. Those totals are as follows: 2025 - 2026: 397,402; 2024 - 2025: 387,675; 2023 - 2024: 376,802; 2022 - 2023: 369,806; 2021 - 2022: 368,757; 2020 - 2021: 376,786; 2019 - 2020: 383,849; 2018 - 2019: 384,192; 2017 - 2018: 388,318; 2016 - 2017: 388,740; 2015 - 2016: 393,537; 2014 - 2015: 398,676; 2013 - 2014: 405,175; 2012 - 2013: 409,061; 2011 - 2012: 413,003; 2010 - 2011: 409,262; 2009 - 2010: 401,333; 2008 - 2009: 383,456; and 2007 - 2008: 370,744.

**(8)    for the period 2020 to 2026, how many applications for in-state tuition were submitted and approved under Va Code § 23.1-505.1 and how many were approved, presented year-by-year; and**

Subject to the Commonwealth's express preservation (and without waiver) of applicable objections, the Commonwealth states that this information is not centrally located, not readily accessible, cannot possibly be compiled within the time allowed, and may not be possible to completely and accurately compile, at all, in view of record retention policies and respective practices at Virginia's fifteen four-year public institutions of higher education, one two-year public institution of higher education, and twenty-three community colleges.

As referenced in SFNID ¶ 37, ECF No. 83, SCHEV maintains headcounts of students enrolled in the fall of each school year, beginning with 2007-2008, receiving in-state tuition at Virginia's public institutions under Va. Code § 23.1-505.1. The numbers of such students enrolled are listed below, *see supra* note 1, and also shown relative to the total students enrolled at Virginia's public institutions, *see supra* note 2:

¶ 8 TABLE:

| Va. Code § 23.1-505.1 | | |
|---|---|---|
| IN-STATE UNDER TUITION EQUITY | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 1,209 | 0.30% |
| 2024 - 2025 | 951 | 0.25% |
| 2023 - 2024 | 687 | 0.18% |
| 2022 - 2023 | 549 | 0.15% |
| 2021 - 2022 | 365 | 0.10% |
| 2020 - 2021 | 168 | 0.04% |

**(9)    for each of the alternative ways to secure in-state tuition provided in Va. Code § 23.1-506 provide the number of applications for in-state tuition submitted under each alternative eligibility mode and how many of those applications were approved, presented year-by-year; and**

Subject to the Commonwealth's express preservation (and without waiver) of applicable objections, the Commonwealth states that this information is not centrally located, not readily accessible, cannot possibly be compiled within the time allowed, and may not be possible to completely and accurately compile, at all, in view of record retention policies and respective practices at Virginia's fifteen four-year public institutions of higher education, one two-year public institution of higher education, and twenty-three community colleges.

As referenced in the parties' SFNID ¶¶ 46, 48, 52, 56, and 64, ECF No. 83, SCHEV maintains headcounts of students enrolled in the fall of each school year, beginning with 2007-2008, with in-state tuition at Virginia's public institutions under Va. Code § 23.1-506(A)(1) or (2), (A)(3) or (8), (A)(4) or (5), (B)(1), and (C), respectively. The numbers of such students enrolled are listed below, *see supra* note 1, and also shown relative to the total students enrolled at Virginia's public institutions, *see supra* note 2:

**¶ 9 TABLE 1:**

| Va. Code § 23.1-506(A)(1) or (2) | | |
|---|---|---|
| IN-STATE AS NONRESIDENT EMPLOYED IN VIRGINIA | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 142 | 0.04% |
| 2024 - 2025 | 140 | 0.04% |
| 2023 - 2024 | 144 | 0.04% |
| 2022 - 2023 | 142 | 0.04% |
| 2021 - 2022 | 161 | 0.04% |
| 2020 - 2021 | 181 | 0.05% |
| 2019 - 2020 | 216 | 0.06% |
| 2018 - 2019 | 223 | 0.06% |
| 2017 - 2018 | 224 | 0.06% |
| 2016 - 2017 | 243 | 0.06% |
| 2015 - 2016 | 252 | 0.06% |
| 2014 - 2015 | 296 | 0.07% |
| 2013 - 2014 | 305 | 0.08% |
| 2012 - 2013 | 349 | 0.09% |
| 2011 - 2012 | 328 | 0.08% |
| 2010 - 2011 | 347 | 0.08% |
| 2009 - 2010 | 228 | 0.06% |
| 2008 - 2009 | 183 | 0.05% |
| 2007 - 2008 | 183 | 0.05% |

**¶ 9 TABLE 2:**

| Va. Code § 23.1-506(A)(3) or (8) | | |
|---|---|---|
| IN-STATE AS MILITARY OR MILITARY DEPENDENT | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 1,073 | 0.27% |
| 2024 - 2025 | 1,125 | 0.29% |
| 2023 - 2024 | 1,192 | 0.32% |
| 2022 - 2023 | 798 | 0.22% |
| 2021 - 2022 | 785 | 0.21% |
| 2020 - 2021 | 755 | 0.20% |
| 2019 - 2020 | 615 | 0.16% |
| 2018 - 2019 | 1,670 | 0.43% |
| 2017 - 2018 | 1,747 | 0.45% |
| 2016 - 2017 | 1,887 | 0.49% |
| 2015 - 2016 | 1,944 | 0.49% |
| 2014 - 2015 | 1,973 | 0.49% |

**¶ 9 TABLE 3:**

| Va. Code § 23.1-506(A)(4) or (5) | | |
|---|---|---|
| IN-STATE AS VETERAN OR SURVIVING SPOUSE | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 782 | 0.20% |
| 2024 - 2025 | 824 | 0.21% |
| 2023 - 2024 | 766 | 0.20% |
| 2022 - 2023 | 509 | 0.14% |
| 2021 - 2022 | 540 | 0.15% |
| 2020 - 2021 | 592 | 0.16% |
| 2019 - 2020 | 765 | 0.20% |
| 2018 - 2019 | 1,233 | 0.32% |
| 2017 - 2018 | 1,299 | 0.33% |
| 2016 - 2017 | 1,170 | 0.30% |
| 2015 - 2016 | 1,056 | 0.27% |
| 2014 - 2015 | 797 | 0.20% |
| 2013 - 2014 | 362 | 0.09% |

**¶ 9 TABLE 4:**

| Va. Code § 23.1-506(B)(1) | | |
|---|---|---|
| IN-STATE UNDER ACADEMIC COMMON MARKET | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 35 | 0.01% |
| 2024 - 2025 | 37 | 0.01% |
| 2023 - 2024 | 45 | 0.01% |
| 2022 - 2023 | 45 | 0.01% |
| 2021 - 2022 | 67 | 0.02% |
| 2020 - 2021 | 90 | 0.02% |
| 2019 - 2020 | 109 | 0.03% |
| 2018 - 2019 | 126 | 0.03% |
| 2017 - 2018 | 137 | 0.04% |
| 2016 - 2017 | 154 | 0.04% |
| 2015 - 2016 | 187 | 0.05% |
| 2014 - 2015 | 213 | 0.05% |
| 2013 - 2014 | 190 | 0.05% |
| 2012 - 2013 | 184 | 0.04% |
| 2011 - 2012 | 182 | 0.04% |
| 2010 - 2011 | 187 | 0.05% |
| 2009 - 2010 | 169 | 0.04% |
| 2008 - 2009 | 176 | 0.05% |
| 2007 - 2008 | 375 | 0.10% |

¶ 9 TABLE 5:

| Va. Code § 23.1-506(C) | | |
| IN-STATE UNDER VCCS GEOGRAPHIC PROVISIONS | | |
| School Year | Enrolled In-State | % of Total Enrolled |
|---|---|---|
| 2025 - 2026 | 233 | 0.06% |
| 2024 - 2025 | 273 | 0.07% |
| 2023 - 2024 | 269 | 0.07% |
| 2022 - 2023 | 280 | 0.08% |
| 2021 - 2022 | 335 | 0.09% |
| 2020 - 2021 | 331 | 0.09% |
| 2019 - 2020 | 304 | 0.08% |
| 2018 - 2019 | 277 | 0.07% |
| 2017 - 2018 | 330 | 0.08% |
| 2016 - 2017 | 360 | 0.09% |
| 2015 - 2016 | 352 | 0.09% |
| 2014 - 2015 | 311 | 0.08% |
| 2013 - 2014 | 395 | 0.10% |
| 2012 - 2013 | 397 | 0.10% |
| 2011 - 2012 | 410 | 0.10% |
| 2010 - 2011 | 383 | 0.09% |
| 2009 - 2010 | 373 | 0.09% |
| 2008 - 2009 | 93 | 0.02% |
| 2007 - 2008 | 43 | 0.01% |

Responding further, as referenced in the parties SFNID ¶¶ 54, 57, 59, 61, and 64, ECF No. 83, SCHEV maintains headcounts of students enrolled in the fall of each school year, beginning with 2007-2008, enrolled in-state at Virginia's public institutions under 2026 Va. Acts, ch. 7, § 4-2.01(b)(6) or 2022 Va. Acts, ch. 1, § 4-2.01(b)(6) (spec. sess. I), the Veterans Access, Choice, and Accountability Act of 2014, Pub. L. No. 113-146, § 702, 128 Stat. 1754, 1796 (codified at 38 U.S.C. § 3679(c)), Va. Code §§ 23.1-507 or -507.1, Va. Code § 23.1-505(B) or (C), and Va. Code § 23.1-504, respectively. The numbers of such students enrolled are listed below, *see supra* note 1, and also shown relative to the total students enrolled at Virginia's public institutions, *see supra* note 2:

Page 9 of 14

¶ 9 TABLE 6:

| 2026 Acts, ch. 7  & 2022 Acts, ch. 1 (spec. sess.) | | |
|---|---|---|
| IN-STATE FOR EMPLOYED GRADUATE STUDENT | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 3,649 | 0.92% |
| 2024 - 2025 | 3,988 | 1.03% |
| 2023 - 2024 | 3,709 | 0.98% |
| 2022 - 2023 | 1,290 | 0.35% |
| 2021 - 2022 | 1,152 | 0.31% |
| 2020 - 2021 | 1,079 | 0.29% |
| 2019 - 2020 | 1,605 | 0.42% |
| 2018 - 2019 | 1,499 | 0.39% |
| 2017 - 2018 | 1,577 | 0.41% |
| 2016 - 2017 | 1,579 | 0.41% |
| 2015 - 2016 | 1,639 | 0.42% |
| 2014 - 2015 | 1,592 | 0.40% |
| 2013 - 2014 | 1,458 | 0.36% |
| 2012 - 2013 | 1,490 | 0.36% |
| 2011 - 2012 | 935 | 0.23% |
| 2010 - 2011 | 1,201 | 0.29% |
| 2009 - 2010 | 1,109 | 0.28% |
| 2008 - 2009 | 968 | 0.25% |
| 2007 - 2008 | 655 | 0.18% |

¶ 9 TABLE 7:

| 38 U.S.C. § 3679(c) | | |
|---|---|---|
| MILITARY AND FAMILY NOT OTHERWISE ELIGIBLE | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 1,149 | 0.29% |
| 2024 - 2025 | 1,113 | 0.29% |
| 2023 - 2024 | 987 | 0.26% |
| 2022 - 2023 | 775 | 0.21% |
| 2021 - 2022 | 775 | 0.21% |
| 2020 - 2021 | 706 | 0.19% |
| 2019 - 2020 | 695 | 0.18% |
| 2018 - 2019 | 931 | 0.24% |
| 2017 - 2018 | 974 | 0.25% |
| 2016 - 2017 | 791 | 0.20% |
| 2015 - 2016 | 619 | 0.16% |
| 2014 - 2015 | 535 | 0.13% |
| 2013 - 2014 | 410 | 0.10% |
| 2012 - 2013 | 243 | 0.06% |
| 2011 - 2012 | 201 | 0.05% |
| 2010 - 2011 | 147 | 0.04% |
| 2009 - 2010 | 58 | 0.01% |

¶ 9 TABLE 8:

| Va. Code §§ 23.1-507 or -507.1 | | |
|---|---|---|
| IN-STATE UVA-WISE & ETC. GEOGRAPHIC | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 260 | 0.07% |
| 2024 - 2025 | 242 | 0.06% |
| 2023 - 2024 | 250 | 0.07% |
| 2022 - 2023 | 1,049 | 0.28% |
| 2021 - 2022 | 1,340 | 0.36% |
| 2020 - 2021 | 1,684 | 0.45% |
| 2019 - 2020 | 1,665 | 0.43% |
| 2018 - 2019 | 154 | 0.04% |
| 2017 - 2018 | 130 | 0.03% |
| 2016 - 2017 | 35 | 0.01% |
| 2015 - 2016 | 31 | 0.01% |
| 2014 - 2015 | 41 | 0.01% |
| 2013 - 2014 | 41 | 0.01% |
| 2012 - 2013 | 47 | 0.01% |
| 2011 - 2012 | 46 | 0.01% |
| 2010 - 2011 | 31 | 0.01% |
| 2009 - 2010 | 40 | 0.01% |
| 2008 - 2009 | 0 | 0.00% |
| 2007 - 2008 | 0 | 0.00% |

¶ 9 TABLE 9:

| Va. Code § 23.1-505(B) or (C) | | |
|---|---|---|
| IN-STATE UNDER MILITARY DEPENDENT PROVISION | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 2,625 | 0.66% |
| 2024 - 2025 | 2,628 | 0.68% |
| 2023 - 2024 | 2,595 | 0.69% |
| 2022 - 2023 | 2,279 | 0.62% |
| 2021 - 2022 | 2,135 | 0.58% |
| 2020 - 2021 | 2,223 | 0.59% |
| 2019 - 2020 | 2,580 | 0.67% |
| 2018 - 2019 | 3,016 | 0.79% |
| 2017 - 2018 | 3,301 | 0.85% |
| 2016 - 2017 | 3,639 | 0.94% |
| 2015 - 2016 | 3,869 | 0.98% |
| 2014 - 2015 | 4,012 | 1.01% |
| 2013 - 2014 | 4,095 | 1.01% |
| 2012 - 2013 | 4,316 | 1.06% |
| 2011 - 2012 | 4,249 | 1.03% |
| 2010 - 2011 | 3,781 | 0.92% |
| 2009 - 2010 | 2,944 | 0.73% |
| 2008 - 2009 | 1,257 | 0.33% |
| 2007 - 2008 | 853 | 0.23% |

¶ 9 TABLE 10:

| Va. Code § 23.1-504 | | |
|---|---|---|
| IN-STATE UNDER ONE-YEAR GRACE PERIOD | | |
| School Year | Enrolled In-State | % of Total Enrolled |
| 2025 - 2026 | 12 | 0.00% |
| 2024 - 2025 | 14 | 0.00% |
| 2023 - 2024 | 17 | 0.00% |
| 2022 - 2023 | 37 | 0.01% |
| 2021 - 2022 | 23 | 0.01% |
| 2020 - 2021 | 35 | 0.01% |
| 2019 - 2020 | 19 | 0.00% |
| 2018 - 2019 | 24 | 0.01% |
| 2017 - 2018 | 21 | 0.01% |
| 2016 - 2017 | 32 | 0.01% |
| 2015 - 2016 | 25 | 0.01% |
| 2014 - 2015 | 34 | 0.01% |
| 2013 - 2014 | 25 | 0.01% |
| 2012 - 2013 | 35 | 0.01% |
| 2011 - 2012 | 48 | 0.01% |
| 2010 - 2011 | 59 | 0.01% |
| 2009 - 2010 | 22 | 0.01% |
| 2008 - 2009 | 14 | 0.00% |
| 2007 - 2008 | 14 | 0.00% |

Responding further, for comparative purposes, the numbers of such students enrolled with an out-of-state tuition status are listed below, *see supra* note 1, and also shown relative to the total students enrolled at Virginia's public institutions, *see supra* note 2:

¶ 9 TABLE 11:

| OUT-OF-STATE TUITION STATUS | | |
|---|---|---|
| School Year | Enrolled as Out-of-State | % of Total Enrolled |
| 2025 - 2026 | 59,526 | 14.98% |
| 2024 - 2025 | 59,762 | 15.42% |
| 2023 - 2024 | 58,003 | 15.39% |
| 2022 - 2023 | 56,939 | 15.40% |
| 2021 - 2022 | 55,236 | 14.98% |
| 2020 - 2021 | 53,115 | 14.10% |
| 2019 - 2020 | 53,691 | 13.99% |
| 2018 - 2019 | 54,453 | 14.17% |
| 2017 - 2018 | 53,194 | 13.70% |
| 2016 - 2017 | 52,524 | 13.51% |
| 2015 - 2016 | 52,743 | 13.40% |
| 2014 - 2015 | 51,780 | 12.99% |
| 2013 - 2014 | 51,439 | 12.70% |
| 2012 - 2013 | 51,499 | 12.59% |
| 2011 - 2012 | 51,828 | 12.55% |
| 2010 - 2011 | 52,051 | 12.72% |
| 2009 - 2010 | 51,527 | 12.84% |
| 2008 - 2009 | 50,936 | 13.28% |
| 2007 - 2008 | 51,182 | 13.81% |

(10)    set forth the history of the adoption of the 2020 Addendum A and 2021 General Domiciliary Guide.

Please see the explanation provided at ECF No. 116-5.

.

Page 13 of 14

Respectfully submitted,

UNITED STATES OF AMERICA

By: /s/ Sean Skedzielewski
Sean Skedzielewski (N.Y. Bar No. 6112429)*
  *Counsel to the Assistant Attorney General*
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, Northwest
Washington, D.C. 20530
Telephone: (202) 307-1697
sean.skedzielewski@usdoj.gov

Robert O. Lindefjeld (DC Bar No. 44423)*
  *Assistant Director*
UNITED STATES DEPARTMENT OF JUSTICE
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 451-7488
Facsimile: (202) 305-7000
robert.o.lindefjeld@usdoj.gov

Jonathan H. Hambrick (VSB No. 37590)
  *Assistant United States Attorney*
OFFICE OF THE UNITED STATES ATTORNEY
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 771-2316
jay.h.hambrick@usdoj.gov@usdoj.gov

* *Admitted Pro Hac Vice*

COMMONWEALTH OF VIRGINIA

By: /s/ Robert S. Claiborne, Jr.
Robert S. Claiborne, Jr. (VSB No. 86332)
  *Assistant Attorney General*
R. Trent Taylor (VSB No. 47468)
  *Deputy Solicitor General*
Mikaela A. Phillips (VSB No. 97164)
  *Assistant Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
Telephone: (804) 482-2275
Facsimile: (804) 371-2087
rclaibornejr@oag.state.va.us
ttaylor@oag.state.va.us
mphillips@oag.state.va.us

Page 14 of 14