**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

UNITED STATES OF AMERICA,

Plaintiff,

v. Civil Action No. 3:25cv1067

COMMONWEALTH OF VIRGINIA,

Defendant.

**MEMORANDUM ORDER**

This matter is before the Court on the MOTION TO RECONSIDER (ECF No. 114), and the COMMONWEALTH OF VIRGINIA'S BRIEF IN SUPPORT OF ITS MOTION TO RECONSIDER THE COURT'S MEMORANDUM ORDER (ECF No. 115). Virginia makes five arguments in support of its request for the Court to reconsider its ORDER at ECF No. 109.

First, Virginia argues the information requested is "overly burdensome and unnecessary to a determination of the cross-motions for summary judgment." ECF No. 115, 7. That argument is conclusory and unsupported and is rejected. Second, Virginia argues that multiple requests seek legal matters, not "material facts." Id. The Court disagrees. That argument is not relevant. In any event, Virginia's arguments raise fact issues which need to be assessed to determine what analytical structure must be applied to resolve the pending motions.

Third, Virginia argues that requests 2 and 3 could be read to cover communications subject to legislative or executive

privilege. Id. at 10. ECF No. 109 seeks only information on the public record. However, to the extent that Virginia has determined that privileged communications are responsive to the ORDER, the proper response is to file a privilege log identifying the documents and the privilege. This argument is also rejected.

Fourth, Virginia argues that the requests seek information outside of Virginia's possession, custody, and control. Id. It does not. To the extent that Virginia determines that there exists documents that are outside its possession, custody, and control, Virginia need only identify such documents and state who has possession, custody, or control of them. That ground for reconsideration is rejected.

Fifth, Virginia argues that requests 7 through 9 seek information that is not maintained in readily accessible form. Id. The Court accepts that representation, but Virginia does not explain how difficult it would be to review the raw data and provide answers. Thus, their ground for reconsideration is not persuasive. Nonetheless, the information that Virginia did provide seems to be sufficient to permit the necessary assessment.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 11, 2026